## FIDELITY LIFE AND ACCIDENT INSURANCE COMPANY, ETC., v. VANDAVER.

[No. 13,048.   Filed June 29, 1928.]

*Slaymaker, Turner, Merrell, Adams & Locke,* for appellant.
*Snethen & Summers,* for appellee.

PER CURIAM.—Judgment affirmed, with ten per cent. penalty.
Dausman, J., absent.